IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE FERGUSON, personally and as the Executrix of the Estate of ROBERT E. FERGUSON | :MDL 875 : : |
| v. | : : :EDPA CIVIL NO. |
| LORILLARD TOBACCO COMPANY, INC., et al. | :07-~~104~~ 09-91161 |

## O R D E R

AND NOW, this 22d day of November, 2011, upon consideration of Defendant Lorillard Tobacco Company's Motion to Compel Discovery from Plaintiff (Doc. 212) and the parties' briefing on the motion, IT IS HEREBY ORDERED that the Motion is GRANTED. No later than December 2, 2011, Plaintiff shall respond to the discovery seeking information and documents relating to other claims submitted by Plaintiff to recover compensation for asbestos-related injuries, including claims submitted to bankruptcy trusts. Plaintiff shall redact references to offers of compromise or settlement amounts.

BY THE COURT:

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE